UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES SLONE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BROOKS BROTHERS, INC., and DOES 1-10,<br><br>Defendant. | Case No. 08-345-DRH |

**ORDER**

NOW COMES before this Court, Plaintiff's Motion for Voluntary Dismissal (Doc. 5) without prejudice; the Court being fully advised in the premises finds as follows:

IT IS HEREBY ORDERED that the Motion be, and the same is, hereby granted. (Doc. 5.) This matter is dismissed without prejudice.

DATED: June 5, 2008

/s/     David R Herndon

Chief Judge
United States District Court